**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 16cr10271 |
| | ) |
| v. | ) VIOLATION: |
| | ) |
| DOUGLAS MERCIER, | ) |
| | ) 18 U.S.C. § 1956(h) |
| | ) (Conspiracy to Launder Monetary |
| Defendant. | ) Instruments) |
| | ) |
| | ) 18 U.S.C. § 982(a)(1) |
| | ) (Criminal Forfeiture) |
| | ) |

## INFORMATION

**COUNT ONE**  18 U.S.C. § 1956(h) – Conspiracy to Launder Monetary Instruments

The United States Attorney charges that:

From in or around June 2015 through in or around October 2015, in the District of Massachusetts, the District of New Hampshire, and elsewhere,

**DOUGLAS MERCIER,**

defendant herein, did knowingly combine, conspire, and agree with others, persons known and unknown to the United States Attorney, to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit: to knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is marijuana distribution, with the intent to promote the carrying on of specified unlawful activity, that is marijuana distribution, and that while conducting and attempting to conduct such financial transaction knew that the

property involved in the financial transaction represented the proceeds of some form of unlawful activity in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

## MANNER AND MEANS

The manner and means used to accomplish the objectives of the conspiracy included, among others, the following cash deposits by the defendant in the District of Massachusetts and the District of New Hampshire of marijuana distribution proceeds into Bank of America bank accounts:

| Date | Amount |
| --- | --- |
| June 24, 2015 | $9,500 |
| July 9, 2015 | $9,500 |
| August 10, 2015 | $9,500 |
| August 12, 2015 | $9,500 |
| August 13, 2015 | $9,400 |
| August 18, 2015 | $9,000 |
| August 18, 2015 | $9,000 |
| August 18, 2015 | $9,600 |
| August 20, 2015 | $9,500 |
| August 28, 2015 | $9,500 |
| September 1, 2015 | $9,500 |
| September 10, 2015 | $9,500 |
| October 1, 2015 | $9,500 |
| October 1, 2015 | $9,500 |
| October 11, 2015 | $9,500 |

All in violation of Title 18, United States Code, Section 1956(h).

## MONEY LAUNDERING FORFEITURE ALLEGATION
### (18 U.S.C. § 982(a)(1))

The United States Attorney further charges that:

1. Upon conviction of the offense alleged in Count One of the Information,

**DOUGLAS MERCIER,**

defendant herein, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1), any property, real or personal, involved in such offenses, and any property traceable to such property.

2. If any of the property described in Paragraph 1 above, as a result of any act or omission of the defendant -

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to 18 U.S.C. §982(b), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1.

All pursuant to Title 18, United States Code, Section 982(a)(1).

Respectfully submitted,

CARMEN M. ORTIZ

United States Attorney

By: _____
ERIC S. ROSEN
Assistant U.S. Attorney

Date: August 31, 2016