UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DOUGLAS MERCIER, )<br>)<br>Defendant. ) | Criminal No. 16cr10271 |

## WAIVER OF INDICTMENT

I, DOUGLAS MERCIER, the above-named defendant, who is accused of conspiracy to launder monetary instruments in violation of 18 U.S.C. § 1956(h), being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on _____, 2016, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
DOUGLAS MERCIER
Defendant

_____
JEFFREY DENNER
Attorney for Defendant

Before: _____
Honorable
United States District Judge