IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **DOUGLAS MERCIER,** <br><br> Defendant. | **Criminal No.** 16-CR-10271-MLW |

## NOTICE OF PLEA AGREEMENT

The United States of America hereby provides this Court with notice of a duly-executed copy of the plea agreement between the United States and Defendant Douglas Mercier in the above-captioned case. In support of this notice the Government states as follows:

1) A Rule 11 hearing has not yet been scheduled in the above-captioned case.

2) A copy of the duly-executed plea agreement for that Rule 11 hearing is attached hereto as <u>Exhibit A</u>, reflecting a date of August 31, 2016.

    Respectfully submitted,

    CARMEN M. ORTIZ
    United States Attorney

    By:   <u>*/s/ Eric S. Rosen*</u>
           ERIC S. ROSEN
           Assistant U.S. Attorney

Dated: October 11, 2016

## CERTIFICATE OF SERVICE

      This is to certify that I have this day served a copy of the foregoing upon counsel of record by electronic filing notice.

                                              */s/ Eric S. Rosen*
                                              ERIC S. ROSEN
                                              Assistant U.S. Attorney

Dated: October 11, 2016