IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> DOUGLAS MERCIER, <br><br> Defendant. | **Criminal No.** 16-CR-10271-MLW |

**MOTION TO CONTINUE RULE 11 HEARING**

The United States of America hereby moves this Court to continue the Rule 11 hearing scheduled in this case for February 27, 2017.  In support of this motion, the Government state as follows:

1) On February 8, 2017, Judge Gorton scheduled the plea and sentencing in United States v. Shirley Vargas (16-CR-10267-NMG) for February 27, 2017 at 3:00 p.m.  This is the same time and date for the plea in United States v. Mercier.

2) The Government estimates that this plea and sentence will take approximately one hour.  Accordingly, the Government requests that this Court re-schedule the Mercier plea for earlier in the day or after 4:30 p.m. on February 27, 2017.

                                                               Respectfully submitted,

                                                               WILLIAM D. WEINREB
                                                               Acting United States Attorney

                                                               By:    */s/ Eric S. Rosen*
                                                                            ERIC S. ROSEN
                                                                            Assistant U.S. Attorney

Dated:  February 16, 2017

## CERTIFICATE OF SERVICE

      This is to certify that I have this day served a copy of the foregoing upon counsel of record by electronic filing notice.

                                                     */s/ Eric S. Rosen*
                                                     ERIC S. ROSEN
                                                     Assistant U.S. Attorney

Dated: February 16, 2017