UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

> CRIMINAL ACTION No. 16-CR-10271

v.

DOUGLAS MERCIER,

Defendant

## GOVERNMENT'S MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by William D. Weinreb, Acting United States Attorney, and Eric S. Rosen, Assistant United States Attorney for the District of Massachusetts, and files this motion to continue sentencing:

1.      On May 18, 2017, this Court set a sentencing date for Douglas Mercier for June 12, 2017.

2.      Counsel for the Government will be on trial before Chief Judge Saris from June 5, 2017 through June 21, 2017, in the case of *United States v. Denzel Chisholm et al*.  16-CR-10096.

3.      Accordingly, the Government respectfully asks this Court to re-set sentencing for a date after June 21, 2017.

Respectfully submitted,

WILLIAM D. WEINREB
ACTING UNITED STATES ATTORNEY

By:    /s/Eric S. Rosen
       ERIC S. ROSEN
       ASSISTANT UNITED STATES ATTORNEY
       617/748-3412

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

 /s/Eric S. Rosen_____
Eric S. Rosen
Assistant United States Attorney

Date: May 18, 2017